**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:04cr94LAC

JOHNNY RIZO

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   September 15, 2008
Motion/Pleadings: MOTION TO ALTER/AMEND JUDGMENT
Filed by DEFENDANT PRO SE   on 8/25/08   Doc.# 17

RESPONSES:

                                 on        Doc.#
                                 on        Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           *s/Mary Maloy*
LC (1 OR 2)                         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of September, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)*

                                           *s/L.A. Collier*
                                           **LACEY A. COLLIER**
                                           *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.